AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Maury Jose Vergara Martins and Gustavo Alfredo Brito Bastidas | ) Case No.  20-mj-03027 Goodman |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 25, 2020_____ in the county of ___Miami-Dade___ in the _____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, 371 | Conspiracy to export defense articles from the United States without a license, in violation of Title 50, United States Code, 1705(a). |
| Title 18, United States Code, Section 554(a) | Attempting to export articles from the United States, contrary to law or regulation of the United States. |
| Title 18, United States Code, Section 922(a)(1) | Engaging in the business of dealing in firearms without a license. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

HSI Special Agent Miguel A. Vilches
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by FaceTime.

Date:  6/26/2020
_____

_____
_Judge's signature_

City and state:  ___Miami, Florida___

Hon. Jonathan Goodman, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Miguel A. Vilches, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI").  Throughout my career, I have participated in and directed criminal investigations involving the illegal exportation of military and defense articles from the United States.  I am a graduate of the Federal Law Enforcement Training Center, where I was trained in, among other topics, criminal investigative techniques and export-control investigations.  I have received formal training and extensive on-the-job experience in the laws and regulations relating to weapons smuggling and international arms trafficking.  I have been a Special Agent ("SA") with HSI since November 2002.

2.      This affidavit is submitted in support of a criminal complaint charging Maury Jose Vergara Martins ("VERGARA MARTINS") and Gustavo Alfredo Brito Bastidas ("BRITO BASTIDAS"), with (1) conspiracy to export defense articles from the United States, without first obtaining the required license or written approval from the U.S. Department of Commerce, in violation of Title 50, United States Code, Section 1705(a); (2) attempting to export articles from the United States, contrary to law or regulation of the United States, in violation of Title 18, United States Code, Section § 554(a); and (3) engaging in the business of dealing in firearms in foreign commerce without a license, in violation of Title 18, United States Code, Section § 922(a)(1).

3.      I base the facts in this affidavit upon my personal knowledge, as well as knowledge, information, and documentation that I have received from other law enforcement officers while in my official capacity.  This affidavit is submitted for the sole purpose of

establishing probable cause for a criminal complaint against VERGARA MARTINS and BRITO BASTIDAS.  This affidavit does not include all the information known to me concerning this investigation; it contains only those facts necessary to establish probable cause for the criminal complaint.

## PROBABLE CAUSE

4.     On or about June 18, 2020, a male Venezuelan national, later identified as VERGARA MARTINS, dropped off a package at AC Export, a freight forwarder located at 512 E. Osceola Parkway, Kissimmee, Florida, for shipment to Venezuela.  In preparation for export, AC Export transferred the package to AC Export's main office, located at 8351 NW 68th Street, Miami, Florida.

5.     On June 25, 2020, employees from AC Export in Miami, Florida became suspicious of the package and opened it.  In the package, the AC employees saw what appeared to be rifles that were concealed within miscellaneous groceries.  The AC Export employees contacted U.S. Customs and Border Protection ("CBP"), who responded to AC Export and searched the package.  Inside the package, the CBP officers found two (2) AK-47 rifles and three (3) AR-15 short barrel rifles.  The CBP officers took custody of the rifles and processed them for seizure.

6.     The same day, I responded to AC Export in Miami, Florida to interview the AC Export employees regarding the package and shipment.  The AC Export employees provided me documents that showed that the package was dropped off by a person named "Alejandro Euud Vera Cabrera," later identified as VERGARA MARTINS.  According to the documents, VERGARA MARTINS had provided AC Export a Venezuelan passport with the name "Alejandra Euud Vera Cabrera" but with a photograph of VERGARA MARTINS.  The shipping

documents listed the telephone number for VERGARA MARTINS as (407) 861-8732.

7.      Later the same day, an HSI undercover agent ("UCA"), posing as an employee of AC Export in Miami, Florida, called VERGARA MARTINS at the listed number and said that he had found firearms inside VERGARA MARTINS' package.  The UCA and VERGARA MARTINS spoke several times on the phone and exchanged several WhatsApp messages regarding the shipment.  In one of the WhatsApp messages, the UCA wrote, "There was a reason you did not get an export license.  For $500 I will let it go through."  VERGARA MARTINS agreed to meet the UCA in Miami, Florida to deliver the $500.  The UCA instructed VERGARA MARTINS to meet at the parking lot for Bass Pro Shops, located at 11401 NW 12th St, Miami, Florida.

8.      At 1:45 PM on June 25, 2020, a person later identified as BRITO BASTIDAS, driving a blue Toyota truck, dropped off VERGARA MARTINS at the parking lot for Bass Pro Shops.  BRITO BASTIDAS drove around the perimeter of the parking lot and VERGARA MARTINS got into the UCA's vehicle.  The UCA told VERGARA MARTINS that he should be careful to make sure that CBP does not discover that the shipment was unlicensed.  VERGARA MARTINS told the UCA that this was his third shipment and that he has logistical support in Venezuela.  VERGARA MARTINS and the UCA discussed working together for future shipments.  The UCA recorded this conversation.

9.      VERGARA MARTINS asked the UCA if he could ship more packages that day. The UCA said he could.  VERGARA MARTINS called BRITO BASTIDAS and asked him to return to the UCA's vehicle and to bring his—BRITO BASTIDAS'—packages.  When BRITO BASTIDAS returned, the UCA and VERGARA MARTINS removed two large packages from the back seat of the Toyota truck and placed them into the UCA's vehicle.  BRITO BASTIDAS

asked the UCA for the cost of the shipment.  The UCA said it was $500.  BRITO BASTIDAS asked if the $500 included the shipping fee.  The UCA did not reply.  BRITO BASTIDAS then drove away to collect cash.  VERGARA MARTINS called BRITO BASTIDAS and told him that the shipping fee was an additional $200 and that they owed the UCA $2,100, in total, for the three boxes.  VERGARA MARTINS asked the UCA if he charged per "thing" or per box.  VERGARA MARTINS said there were "six" in BRITO BASTIDAS' two packages.  The UCA recorded this conversation.

10.    BRITO BASTIDAS returned to the UCA's vehicle and handed the UCA $2,100.  VERGARA MARTINS told the UCA that his package was being shipped to Valencia, Venezuela and that BRITO BASTIDAS' packages should be shipped to Maracaibo, Venezuela.  BRITO BASTIDAS told the UCA, "With us, it's going to go well.  Don't worry."   The UCA recorded this conversation.

11.    The UCA signaled for an arrest and SA's with HSI arrested VERGARA MARTINS and BRITO BASTIDAS.  The SA's brought VERGARA MARTINS, BRITO BASTIDAS, and the two packages to the HSI Miami Office.

12.    At the HSI Miami Office, the SA's opened the two packages.  Inside, they found nine (9) AK-47 rifles, two (2) AR-15 rifles, and eighteen (18) rifle magazines.  At the HSI Miami Office, VERGARA MARTINS waived his *Miranda* rights in writing and agreed to speak to the SA's without an attorney.  VERGARA MARTINS admitted to the SA's that he had made an "error" and said that he wanted to be forthcoming.

13.    During his interview, VERGARA MARTINS said that he was contacted by the UCA regarding the contents of the package that he had dropped off at AC Export.  VERGARA MARTINS admitted that he agreed to pay the UCA $500 to ship the package to Venezuela.

VERGARA MARTINS said that he contacted BRITO BASTIDAS because he knew that BRITO BASTIDAS was involved in smuggling weapons to Venezuela.  VERGARA MARTINS said that BRITO BASTIDAS agreed to drive VERGARA MARTINS to Miami, Florida, because BRITO BASTIDAS had two packages with weapons that he wanted to ship to Venezuela.

[Space Intentionally Left Blank]

## CONCLUSION

14.     Based on my training and experience, and further supported by the facts in this affidavit, I submit that probable cause exists to charge VERGARA MARTINS and BRITO BASTIDAS with (1) conspiracy to export defense articles from the United States, without first obtaining the required license or written approval from the U.S. Department of Commerce, in violation of Title 50, United States Code, Section 1705(a); (2) attempting to export articles from the United States, contrary to law or regulation of the United States, in violation of Title 18, United States Code, Section § 554(a); and (3) engaging in the business of dealing in firearms in foreign commerce without a license, in violation of Title 18, United States Code, Section § 922(a)(1).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

SPECIAL AGENT MIGUEL A. VILCHES
HOMELAND SECURITY INVESTIGATIONS


Attested to by the applicant in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by FaceTime this ___26th___ day of June, 2020.

HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 20-mj-03027 Goodman

## BOND RECOMMENDATION

DEFENDANT: Gustavo Alfredo Brito Bastidas

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Jonathan Bailyn

Last Known Address: 4780 Windwood Drive

Kissimmee, FL 33746

What Facility:   FDC

Agent(s):   Special Agent Miguel Vilches
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (OTHER)
HSI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _20-mj-03027 Goodman_

BOND RECOMMENDATION

DEFENDANT: Maury Jose Vergara Martins

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Jonathan Bailyn

Last Known Address: Unknown.

_____

_____

What Facility:      FDC

_____

Agent(s):      Special Agent Miguel Vilches
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (OTHER)
HSI